UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60630-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

MNV ENERGY NORTH PERRY, LLC,
d/b/a CHEVRON GAS STATION,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, HOWARD COHAN, by and through his undersigned counsel and

on behalf of both parties, hereby gives notice that the parties have reached a

settlement and anticipate submitting a proposed Order of Dismissal.

Dated this 25th day of April, 2017

| FEINSTEIN & SOROTA, P.A. | LAW OFFICES OF NEIL S. ODESSKY, P.A. |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
| 7901 S.W. 6 Court | 7901 S.W. 6 Court |
| Suite 305 | Suite 305 |
| Plantation, FL 33324 | Plantation, FL 33324 |
| Tel: (954) 617-1500 | Tel: (954) 617-1100 |
| Fax: (954) 617-4100 | Fax: (954) 617-1300 |
| | |
| By: /s/ Mark D. Feinstein | By: /s/ Neil S. Odessky |
|    MARK D. FEINSTEIN, ESQ. |    NEIL S. ODESSKY, ESQ. |
|    Florida Bar No. 444170 |    Florida Bar No. 354661 |
| E-mail: fspa@fspalaw.com | E-mail: pleadings@nsolaw.com |