UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60630-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

MNV ENERGY NORTH PERRY, LLC,
d/b/a CHEVRON GAS STATION,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan, and Defendant, MNV Energy North Perry, LLC d/b/a Chevron Gas Station, having entered into a Confidential Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Dated this 26th day of April, 2017

| FEINSTEIN & SOROTA, P.A. | LAW OFFICES OF NEIL S. ODESSKY, P.A. |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
| 7901 S.W. 6 Court | 7901 S.W. 6 Court |
| Suite 305 | Suite 305 |
| Plantation, FL 33324 | Plantation, FL 33324 |
| Tel: (954) 617-1500 | Tel: (954) 617-1100 |
| Fax: (954) 617-4100 | Fax: (954) 617-1300 |
| | |
| By: /s/ Mark D. Feinstein | By: /s/ Neil S. Odessky |
|     MARK D. FEINSTEIN, ESQ. |     NEIL S. ODESSKY, ESQ. |
|     Florida Bar No. 444170 |     Florida Bar No. 354661 |
| E-mail: fspa@fspalaw.com | E-mail: pleadings@nsolaw.com |