UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60630-CIV-DIMITROULEAS/SNOW

HOWARD COHAN,

    Plaintiff,

vs.

MNV ENERGY NORTH PERRY, LLC
d/b/a CHEVRON GAS STATION,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal with Prejudice [DE 11] (the "Joint Stipulation"), filed herein on April 26, 2017. The Court has carefully considered the Joint Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Joint Stipulation [DE 11] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of April, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record